IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OBIDIAH MCCASKILL,

    Plaintiff,

v.                                                             4:17cv151–WS/CAS

C. SIMCOX, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 19) docketed September 14, 2017. The magistrate judge recommends that Plaintiff's complaint be dismissed as barred by the doctrine of res judicata. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is

ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED as barred by the doctrine of res judicata.

3. The clerk shall enter judgment stating: "All claims are dismissed." The case shall be closed.

DONE AND ORDERED this   12th   day of    October   , 2017.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE